**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROOSEVELT HENDERSON,

           Plaintiff,

vs.                                              Case No: 3:16-cv-59-J-20JRK

BANK OF AMERICA and FEDERAL
NATIONAL MORTGAGE ASSOCIATION,

           Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court on two matters: (1) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), filed December 29, 2015, that the Court construed as a Motion to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915 ("Motion"); and (2) the May 2, 2016 Order to Show Cause (Doc. No. 5) entered by the undersigned. Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

Plaintiff initiated this action pro se on January 21, 2016 by filing a Complaint (Doc. No. 1) and the Motion. On March 22, 2016, the undersigned entered an Order (Doc. No. 4), taking the motion under advisement. In the Order, the undersigned determined that the Complaint is deficient, in that it fails to specify the grounds upon which each claim rests.

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive issue], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." Id. A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. See Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; Local Rule 6.02.

Order at 2. The undersigned directed Plaintiff to file an Amended Complaint or, alternatively, to pay the $400 filing fee, and the undersigned warned Plaintiff that failure to do so by April 22, 2016 may result in dismissal of this case for lack of prosecution. Id. at 4.

Plaintiff failed to act by April 22, 2016. Consequently, on May 2, 2016, the undersigned entered an Order to Show Cause (Doc. No. 5), directing Plaintiff to show cause by May 16, 2016 why the undersigned should not recommend dismissal of this matter for failure to prosecute. Plaintiff was also directed to comply with the March 22, 2016 Order by May 16, 2016. Order to Show Cause at 2. Plaintiff was warned that failure to respond by May 16, 2016 would result in a recommendation of dismissal without further notice. Id.

To date, Plaintiff has not responded in any way to the Order to Show Cause. Accordingly, it is

**RECOMMENDED**:

1. That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2. That the Clerk of Court be directed to terminate all pending motions and close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on May 19, 2016.

/s/ James R. Klindt
JAMES R. KLINDT
United States Magistrate Judge

clr
Copies to:

The Honorable Harvey E. Schlesinger
United States District Judge

Pro se Party

-2-