UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROOSEVELT HENDERSON,
Plaintiff,

v.  CASE NO. 3:16-cv-59-J-20JRK

BANK OF AMERICA and FEDERAL
NATIONAL MORTGAGE ASSOCIATION,
Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6), addressing Plaintiff's "Application to Proceed in District Court without Prepaying Fees or Costs" (Dkt. 2). The Magistrate Judge recommended that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is adopted;

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _15_ day of June, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. James R. Klindt
Roosevelt Henderson, Pro Se